**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| *Logan Group Company Limited*, | ) | Case No. 26-90794 (CML) |
| Debtor in a Foreign Proceeding.[1] | ) | |

**CERTIFICATE OF NO OBJECTION TO VERIFIED PETITION FOR RECOGNITION OF THE HONG KONG PROCEEDING AND MOTION FOR ORDER GRANTING FULL FORCE AND EFFECT TO THE HONG KONG SCHEME AND RELATED RELIEF PURSUANT TO 11 U.S.C. §§ 105(a), 1504, 1507(a), 1509, 1515, 1517, 1520, 1521 AND 1522**

1. On September 28, 2026, Chen Yong, as the duly authorized foreign representative (the "**Foreign Representative**") of Logan Group Company Limited ("**Logan**" or the "**Company**"), filed with this Court *the Petitioner's Verified Petition for Recognition of the Hong Kong Proceeding and Motion for Order Granting Full Force and Effect to the Hong Kong Scheme and Related Relief Pursuant to 11 U.S.C. §§ 105(a), 1504, 1507(a), 1509, 1515, 1517, 1520, 1521 and 1522* [ECF No. 2] (the "**Verified Petition**"), together with a proposed order granting the relief requested therein (the "**Proposed Order**").

2. On September 30, 2026, the Court entered the *Order (I) Scheduling Recognition Hearing, and (II) Specifying Form and Manner of Service of Notice* [ECF No. 11] (the "**Scheduling Order**"), which (a) scheduled a hearing on the Verified Petition (the "**Recognition Hearing**") for **October 27, 2026 at 8:30 a.m. (prevailing Central Time)** before the Honorable Christopher M. Lopez, and (b) directed that any responses or objections to the Verified Petition be

[1] The last four digits of Logan's Cayman Islands company registration number are 0718. Logan's registered office is located at Conyers Trust Company (Cayman) Limited, P.O. Box 2681, Cricket Square, Hutchins Drive, George Town, Grand Cayman, Cayman Islands. Logan's principal place of business in Hong Kong is located at Unit Nos. 02-03A, Level 68, International Commerce Centre, 1 Austin Road West, Hong Kong.

filed electronically with the Court and served upon counsel to the Foreign Representative so as to be received no later than **5:00 p.m. (prevailing Central Time) on October 20, 2026** (the "**Objection Deadline**").

3. In accordance with paragraph 44 of the Procedures for Complex Cases in the Southern District of Texas, the undersigned counsel files this Certificate of No Objection and represents to the Court that: (i) the Objection Deadline has passed; (ii) the undersigned counsel is unaware of any formal or informal objection to the Verified Petition; and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Verified Petition appears thereon.

4. Accordingly, the Foreign Representative respectfully requests that the Court enter the proposed order attached hereto, which is a revised version of the Proposed Order. A redlined version of the revised order is attached thereto as **<u>Exhibit A</u>**.

*[Remainder of Page Intentionally Left Blank.]*

Dated: October 26, 2026
Houston, Texas

Respectfully submitted,

*/s/ Charles R. Koster*

**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email: charles.koster@whitecase.com

**WHITE & CASE LLP**
Thomas MacWright (admitted *pro hac vice*)
Jacko Walz (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: tmacwright@whitecase.com
jacko.walz@whitecase.com

Richard Kebrdle (admitted *pro hac vice*)
Varoon Sachdev (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: rkebrdle@whitecase.com

varoon.sachdev@whitecase.com

*Attorneys for Chen Yong, as Petitioner and Foreign Representative*

**Certificate of Service**

I certify that on October 26, 2026, I caused a copy of the foregoing Certificate of No Objection to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Koster*
Charles R. Koster